[Crim. No. 1465.  Second Appellate District, Division Two.—June 16, 1927.]

THE PEOPLE, Respondent, v. WILLIAM H. SCOTT, Appellant.

Light & Land for Appellant.

U. S. Webb, Attorney-General, and John L. Flynn, Deputy Attorney-General, for Respondent.

THOMPSON, J.—The defendant was charged by an information filed on August 6, 1926, with the crime of robbery. The first trial of the case, resulting in a conviction, was commenced on the sixth day of October, 1926. On October 21st the court set aside the verdict of guilty and granted a new trial and reset the case for trial on the twenty-eighth day of October, and on that day continued the matter for trial until the eighth day of December, 1926, when the second trial was had. The jury returned a verdict of guilty and judgment was pronounced thereon, and defendant prosecutes this appeal from that judgment, urging only one point for its reversal, to wit: That defendant was not brought to trial within sixty days from the filing of the information.

The point here raised was directly passed upon by us in *habeas corpus* proceedings involving this defendant

*(In re Scott*, 81 Cal. App. 577 [254 Pac. 596]). That opinion conclusively disposes of this appeal.

Judgment affirmed.

.Works, P. J., and Craig, J., concurred.